**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| JAMES DALTON BELL,           )   | |
|                              )   | |
|         Petitioner,          )   | |
| v.                           )   | No. 1:06-cv-739-SEB-VSS |
|                              )   | |
| WARDEN, US Penitentiary at   )   | |
|  Terre Haute, Indiana,       )   | |
|                              )   | |
|         Respondent.          )   | |

**E N T R Y**

The petitioner has abandoned this action by failing to comply with the directions issued in the second paragraph of the Entry issued on July 6, 2006, despite his statement filed on August 15, 2006. In addition, the Bureau of Prisons' website shows that the petitioner is now confined at a federal prison in Colorado.

Based on the foregoing, this action is dismissed for failure to prosecute. The dismissal shall be without prejudice, and judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date: 01/10/2007

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana