# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JAMES DALTON BELL, | ) |
| Petitioner, | ) |
| v. | ) No. 1:06-cv-739-SEB-VSS |
| WARDEN, US Penitentiary at Terre Haute, Indiana, | ) |
| Respondent. | ) |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 01/10/2007

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

James Dalton Bell
Reg. No. 26906-086
U.S.P. -ADX
P.O. Box 8500
Florence, CO 81226